1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT C

**M. Khurana** (Roblox)
Apr 25, 2024, 11:02 AM PDT

Hello Justin,

We have received the attached counter-notification in response to your recently submitted DMCA notification of alleged infringement.

We await your response (within not more than 14 business days) that you have filed an action seeking a court order to restrain the counter-notifier's allegedly infringing activities. Such notice should be submitted to us by replying to this email. If we do not receive a notice from you, we may reinstate the referenced content to Roblox within 10 business days

If you have additional questions, please reach out to copyright_agent@roblox.com.

Thank you,

M. Khurana
DMCA Agent
Roblox Corporation

**ROBLOX**

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

### Counter Notice

Dear Roblox DMCA Team,

I appreciate your response regarding my previous inquiry concerning the DMCA takedown notice filed against my Roblox game, "Dah Aim Trainer." In accordance with your guidelines, I am submitting a proper counter-notice to address the issue.

My Electronic Signature is attached to this email as a PNG file, however if it looks bad, it means N.W.

Name: Noah Wolf
Address: Germany, Freital, Dresdner Straße 151
Telephone number: **************

Material that was removed and the link(s) to that material on Roblox before being removed:
"Dah Aim Trainer"
Link to the removed content:
https://www.roblox.com/games/15365954626/CHECK-DESCRIPTION-Dah-Aim-Trainer?AssetId=15365954626

I, Noah, under penalty of perjury, declare that I have a good faith belief that the material "Dah Aim Trainer" was removed or disabled as a result of a mistake or misidentification.
I consent to the jurisdiction of the U.S. District Court for the Northern District of California.
I agree to accept service of process from the party who provided the notice of infringement.

I have reviewed the evidence provided in the DMCA takedown notice and respectfully disagree with the claims made against my game. Detailed evidence showing the inaccuracies in the claims has been included in my previous communication and is available upon request.

I trust that this counter-notice satisfies the requirements outlined by Roblox. I remain committed to resolving this matter in a fair and transparent manner. If you require any further information or clarification, please do not hesitate to contact me.

Thank you for your attention to this issue. I await your response and any assistance you can provide in restoring "Dah Aim Trainer" to the Roblox platform.

Sincerely, Noah