Pro Se 3 (Rev. 12/16) The Defendant's Answer to the Complaint

**FILED**

# UNITED STATES DISTRICT COURT
for the
Northern District of California

FEB 28 2025

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Division

| | | |
|---|---|---|
| BIZARRE ACADEMIA, LLC, a Virginia Limited Liability Company, | ) | Case No. 3:24 - CV - 3058 PHK |
| | ) | *(to be filled in by the Clerk's Office)* |
| *Plaintiff(s)* | ) | |
| *(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)* | ) | Jury Trial: *(check one)*  ☐ Yes  ☒ No |
| -v- | ) | |
| NOAH WOLF, an individual, | ) | |
| *Defendant(s)* | ) | |
| *(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)* | ) | |

## THE DEFENDANT'S ANSWER TO THE COMPLAINT

I. **The Parties Filing This Answer to the Complaint**

Provide the information below for each defendant filing this answer or other response to the allegations in the plaintiff's complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Noah Wolf |
| Street Address | Dreßdner Str. 51 |
| City and County | Freital, Germany |
| State and Zip Code | 01705 |
| Telephone Number | +4917621446135 |
| E-mail Address | noahwolf4321@gmail.com |

II. **The Answer and Defenses to the Complaint**

  A. **Answering the Claims for Relief**

  On a separate page or pages, write a short and plain statement of the answer to the allegations in the complaint. Number the paragraphs. The answer should correspond to each paragraph in the complaint, with paragraph 1 of the answer corresponding to paragraph 1 of the complaint, etc. For each paragraph in the complaint, state whether: the defendant admits the allegations in that paragraph; denies the allegations; lacks sufficient knowledge to admit or deny the allegations; or admits certain allegations but denies, or lacks sufficient knowledge to admit or deny, the rest.

Pro Se 3 (Rev. 12/16) The Defendant's Answer to the Complaint

### B. Presenting Defenses to the Claims for Relief

Write a short and plain statement identifying the defenses to the claims, using one or more of the following alternatives that apply.

1. The court does not have subject–matter jurisdiction over the claims because *(briefly explain why there is no federal–question jurisdiction or diversity–of–citizenship jurisdiction; see the complaint form for more information)*

   _____

2. The court does not have personal jurisdiction over the defendant because *(briefly explain)*

   _____

3. The venue where the court is located is improper for this case because *(briefly explain)*

   _____

4. The defendant was served but the process–the form of the summons–was insufficient because *(briefly explain)*

   _____

5. The manner of serving the defendant with the summons and complaint was insufficient because *(briefly explain)*

   _____

6. The complaint fails to state a claim upon which relief can be granted because *(briefly explain why the facts alleged, even if true, are not enough to show the plaintiff's right to recover)*

   The Complaint is deficient because the evidence relied upon is outdated and does not reflect the current, uniquely reworked nature of Defendant's games. Even if the allegations were true, they do not provide a legal basis for relief against Defendant.

7. Another party *(name)* _____ needs to be joined (added) in the case. The reason is *(briefly explain why joining another party is required)*

   _____

Pro Se 3 (Rev. 12/16) The Defendant's Answer to the Complaint

    a.    If the basis for subject–matter jurisdiction is diversity of citizenship, state the effect of adding the other party:

        The other party is a citizen of the State of *(name)* _____.

        Or is a citizen of *(foreign nation)* _____. The amount of damages sought from this other party is *(specify the amount)* _____.

    b.    If the claim by this other party is based on an alleged violation of a federal constitutional or statutory right, state the basis:

_____

**C.**    **Asserting Affirmative Defenses to the Claims for Relief**

Identify an affirmative defense or avoidance that provides a basis for the defendant to avoid liability for one or more of the plaintiff's claims even if the basis for the claim is met. Any affirmative defense or avoidance must be identified in the answer. Include any of the following that apply, as well as any others that may apply.

The plaintiff's claim for *(specify the claim)*

<u>The plaintiff's claim for copyright infringement, trademark infringement, and unfair competition.</u>

is barred by *(identify one or more of the following that apply)*:

1.    Accord and satisfaction *(briefly explain)*

_____

2.    Arbitration and award *(briefly explain)*

_____

3.    Assumption of risk *(briefly explain)*

_____

4.    Contributory or comparative negligence of the plaintiff *(briefly explain)*

_____

5.    Duress *(briefly explain)*

Pro Se 3 (Rev. 12/16) The Defendant's Answer to the Complaint

6.     Estoppel *(briefly explain)*

7.     Failure of consideration *(briefly explain)*

8.     Fraud *(briefly explain)*

9.     Illegality *(briefly explain)*

10.     Injury by fellow employee *(briefly explain)*

11.     Laches (Delay) *(briefly explain)*

12.     License *(briefly explain)*

13.     Payment *(briefly explain)*

14.     Release *(briefly explain)*

15.     Res judicata *(briefly explain)*

16. Statute of frauds *(briefly explain)*

17. Statute of limitations *(briefly explain)*

18. Waiver *(briefly explain)*

19. Other *(briefly explain)*

   Defendant's games have been substantially reworked and are now unique.

D. **Asserting Claims Against the Plaintiff (Counterclaim) or Against Another Defendant (Cross–Claim)**

For either a counterclaim against the plaintiff or a cross–claim against another defendant, state briefly the facts showing why the defendant asserting the counterclaim or cross–claim is entitled to the damages or other relief sought. Do not make legal arguments. State how each opposing party was involved and what each did that caused the defendant harm or violated the defendant's rights, including the dates and places of that involvement or conduct. If more than one counterclaim or cross–claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

1. The defendant has the following claim against the plaintiff *(specify the claim and explain it; include a further statement of jurisdiction, if needed)*:

2. The defendant has the following claim against one or more of the other defendants *(specify the claim and explain it; include a further statement of jurisdiction, if needed)*:

3. State briefly and precisely what damages or other relief the party asserting a counterclaim or cross–claim asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons that are alleged to entitle the party to actual or punitive money damages.

Pro Se 3 (Rev. 12/16) The Defendant's Answer to the Complaint

    a.    The defendant asserting the counterclaim or cross–claim against *(specify who the claim is against)* _____ alleges that the following injury or damages resulted *(specify)*:

_____

    b.    The defendant seeks the following damages or other relief *(specify)*:

_____

### III. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this answer: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the answer otherwise complies with the requirements of Rule 11.

#### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 02/24/2025

Signature of Defendant: *Noah Wolf* (signed)
Printed Name of Defendant: Noah Wolf

#### B. For Attorneys

Date of signing: _____

Signature of Attorney: _____
Printed Name of Attorney: _____
Bar Number: _____
Name of Law Firm: _____
Street Address: _____
State and Zip Code: _____

Pro Se 3 (Rev. 12/16) The Defendant's Answer to the Complaint

Telephone Number  _____
E-mail Address   _____

`Print`  `Save As...`  `Add Attachment`  `Reset`

Pro Se 3 (Rev. 12/16) The Defendant's Answer to the Complaint

## I. Answers to the Complaint

### Paragraphs 1-3:

Defendant admits that this Court has jurisdiction and that venue is proper. Defendant does not object to the jurisdiction or venue.

### Paragraphs 4-7:

Defendant admits that Bizarre Academia, LLC is the plaintiff and that Defendant Noah Wolf is an individual residing in Germany. Defendant also admits that the other defendants (Does 1-10) are unknown at this time.

### Paragraphs 8-13:

Defendant admits that Plaintiff created and owns the game "Da Hood." Defendant denies that his games were copied from "Da Hood." Defendant's games were inspired by other games, namely "The Streets" and "Hood Modded," which influenced the overall gameplay and "hood" feeling of the game, as well as certain mechanics like the gun system and stomp effects. However, Defendant made significant changes to ensure his games were unique, including reworking the user interface (UI), animations, and other assets. Defendant denies that his games are derivative works of "Da Hood."

### Paragraphs 14-17:

Defendant admits that some animations may have initially appeared similar but denies that any assets were blatantly copied. Defendant was in the process of reworking his games to ensure all elements were unique when the DMCA takedown notice was received. Defendant admits to submitting a DMCA counter-notice but clarifies that this was done because the evidence provided in the DMCA notice appeared to relate to a different game, and Defendant believed the takedown was unfair at the time. Defendant has since completed the rework of his games, ensuring all assets, animations, and UI are now unique.

### Paragraphs 18-23:

Defendant denies infringing on Plaintiff's copyright. While Defendant acknowledges that some elements of his games may have initially appeared similar to Plaintiff's game, Defendant has since reworked all aspects of his games to ensure they are unique. Defendant hired professionals to create new assets, animations, and UI, and these changes have been completed.

Pro Se 3 (Rev. 12/16) The Defendant's Answer to the Complaint

### Paragraphs 24-31:

Defendant denies that his game titles are confusingly similar to "Da Hood." The titles "The Hood Customs," "Da Fallen," and "Dah Aim Trainer" were chosen to avoid confusion with "Da Hood." "The Hood Customs" was inspired by "The Streets," and "hood" was added to differentiate it. "Da Fallen" was never published and remains a testing project. "Dah Aim Trainer" does not include "da" or "hood" in its title, further reducing any potential for confusion. Defendant denies that his actions caused confusion in the marketplace.

### Paragraphs 32-46:

Defendant denies engaging in unfair competition. Defendant's games were inspired by other games, not "Da Hood," and Defendant never intended to copy or misappropriate Plaintiff's work. Defendant has made significant efforts to rework his games, ensuring all assets, animations, and UI are now unique. Defendant invites Plaintiff to review the current versions of his games to confirm these changes.