

**FILED**
FEB 28 2025
CLERK, US DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

1  **CERTIFICATE OF SERVICE OF DOCUMENT OTHER THAN COMPLAINT**
2  *\* You must serve each document you file by sending or delivering to the opposing side. Complete this form, and include it with the document that you file and serve.\**

3  1. Case Name: Bizarre Academia, LLC, a Virginial v. Noah Wolf, an individual; and Does1-1

4  2. Case Number: 3:24-cv-03058-PHK

5  3. What documents were served? *[Write the full name or title of the document or*
6  *documents]* Defendants answer to complaint

7

8  4. How was the document served? *[check one]*
9  ☐ Placed in U.S. Mail
10 ☐ Hand-delivered
11 ✓ Sent for delivery (e.g., FedEx, UPS)
12 ☐ Sent by fax (if the other party has agreed to accept service by fax)

13 5. Who did you send the document to? *[Write the full name and contact information for each person you sent the document.]*
14

15 Sean Ulrich | United States District Court 1301 Clay Stree

16 5777 W. Century Blvd., Ste. 1125 Los Angeles | Suite 400S Oakland, CA 94612

17 sean@mgllaw.com

18

19 6. When were the documents sent? 02.25.2025

20 7. Who served the documents? *[Whoever puts it into the mail, faxes, delivers or sends for delivery should sign, and print their name and address. You can do this yourself.]*
21

22 I declare under penalty of perjury under the laws of the United States that the foregoing
23 is true and correct.

24    Signature: *Noah Wolf*
25    Name: Noah Wolf
26    Address: Germany, Saxony, Freital
27    Dresdner Straße 151
28

**CERTIFICATE OF SERVICE** *[JDC TEMPLATE Rev. 05/2017]*