1  Your Name: Noah Wolf
2  Address: Germany, Saxony, Freital, Dresdner Strasse 151
3
4  Phone Number: +4917621446135
5  Email Address: noahwolf4321@gmail.com
6  Pro Se

FILED
MAR 14 2025
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Division [check one]: ☐ San Francisco ■ Oakland ☐ San Jose ☐ Eureka-McKinleyville

Bizarre Academia, LLC

Plaintiff,

v.

Noah Wolf

Defendant.

Case No. 4:24-cv-03058-HSG

[NAME OF DOCUMENT]
Defendants Motion To Set Aside Entry of Default

Judge: Hon. Haywood S Gilliam, Jr

Defendant, Noah Wolf, respectfully moves this Court to set aside the Clerk's Entry of Default entered against them on February 27, 2025, pursuant to Rule 55(c) of the Federal Rules of Civil Procedure. In support of this motion, Defendant states as follows:

The Clerk entered default against Defendant on February 27, 2025. Prior to the entry of default, Defendant had taken steps to respond to the Complaint, including notifying Plaintiff's counsel that an Answer Had been sent. Defendant mailed their Answer to the Complaint via UPS Express on February 25, 2025, and tracking information confirms that it was processed and sent on that date. (See Exhibit A for proof of UPS shipment on February 25, 2025.) The Answer was scheduled for delivery to Plaintiff's office on February 27, 2025, and to the Court on February 28, 2025 just one day after the Clerk's Entry of Default. (See Exhibit B, C, for tracking confirmation.)

[DOCUMENT TITLE] DEFENDANT'S MOTION TO SET ASIDE ENTRY OF DEFAULT

PAGE 1 OF 2                                        JDC TEMPLATE, UPDATED 11/2024

Plaintiff has not yet filed a Motion for Default Judgment.

Under Rule 55(c) of the Federal Rules of Civil Procedure, a court may set aside an entry of default for "good cause shown." Courts generally consider the following factors: a) Whether the default was willful; b) Whether setting aside default would prejudice the Plaintiff; c) Whether the Defendant has a meritorious defense.

III. ARGUMENT A. The Default Was Not Willful

Defendant took reasonable steps to file an Answer in a timely manner.

The delay was minimal, Defendant also promptly followed up to confirm delivery of the documents.

(See Exhibit D for email notification to Plaintiff.)

B. No Prejudice to the Plaintiff

Setting aside the default would not prejudice the Plaintiff in any meaningful way.

The Answer has now been filed, and the litigation can proceed on its merits.

Plaintiff has not yet filed a Motion for Default Judgment, and no significant delays have occurred.

C. Defendant Has a Meritorious Defense

Defendant's Answer, which has been submitted to the Court, raises valid defenses to Plaintiff's claims. Courts favor resolving cases on their merits rather than through procedural defaults.

IV. CONCLUSION

For the foregoing reasons, Defendant respectfully requests that the Court GRANT this Motion and set aside the Clerk's Entry of Default.

V. REQUEST FOR RELIEF

WHEREFORE, Defendant respectfully prays that this Honorable Court: Set aside the Clerk's Entry of Default entered on February 27, 2025. Accept Defendant's Answer as properly filed Grant such other and further relief as the Court deems just and proper.

Respectfully submitted,

Date: 3/7/2025      Signature: *Noah Wolf*

Print Name: Noah Wolf

[DOCUMENT TITLE] DEFENDANT'S MOTION TO SET ASIDE ENTRY OF DEFAULT

PAGE 2 OF 2      JDC TEMPLATE, UPDATED 11/2024

# EXHIBIT A

**UPS Tracking Proof of Answer Shipment**

**Tracking Numbers:**

- 1Z02W93E0496492195 (to Plaintiff's counsel)
- 1Z02W93E0492226168 (to Court)

**Ship Date:** February 25, 2025
**Service:** UPS Express
**Sender:** Noah Wolf
**Recipients:**

- Sean Ulrich (Plaintiff's Counsel)
- United States District Court, Northern District of California

This exhibit demonstrates that Defendant Noah Wolf arranged for shipment of the Answer via UPS Express on February 25, 2025, before the filing deadline.

**Shipping Label to Plaintiff's Counsel:**



**Shipping Label to Court:**



The above shipping labels confirm that both packages were sent on February 25, 2025, from Germany to the appropriate recipients in the United States.

# EXHIBIT B

**UPS Delivery Confirmation to Plaintiff's Office**

**Tracking Number:** 1Z02W93E0496492195
**Delivery Date:** February 27, 2025
**Delivery Time:** 11:38
**Recipient:** Sean Ulrich (Plaintiff's Counsel)
**Delivery Address:** 5777 W. Century Blvd., Ste. 1125, Los Angeles, CA 90045
**Delivery Status:** Delivered

This tracking confirmation demonstrates that Defendant's Answer was successfully delivered to Plaintiff's counsel's office on February 27, 2025.

**UPS Tracking Screenshot:**

Sendung verfolgen

1Z02W93E0496492195                                          2025-03-07 12:58:17

Daten übermittelt · · · · · · · Unterwegs · · · · · · · In Zustellung · · · · · · · Zugestellt

**ZUGESTELLT**
27.02.2025

Lieferprozess      Deutschland o · · · · ▪ USA

**27.02.2025**
| Zeit | Status | Ort |
|---|---|---|
| 11:38 | ZUGESTELLT | LOS ANGELES, US |
| 09:30 | Wird heute zugestellt | LOS ANGELES, US |
| 06:32 | Bearbeitung in UPS Einrichtung | LOS ANGELES, US |

**26.02.2025**
| Zeit | Status | Ort |
|---|---|---|
| 20:22 | In Einrichtung eingetroffen | LOS ANGELES, US |
| 20:21 | Hat Einrichtung verlassen | LOS ANGELES, US |
| 17:14 | In Einrichtung eingetroffen | LOS ANGELES, US |
| 15:56 | Hat Einrichtung verlassen | LOUISVILLE, US |
| 13:51 | Import Scan | LOUISVILLE, US |
| 10:43 | Hat Einrichtung verlassen | PHILADELPHIA, US |
| 07:24 | In Einrichtung eingetroffen | PHILADELPHIA, US |
| 05:00 | Hat Einrichtung verlassen | KOELN, DE |
| 02:03 | Export Scan | KOELN, DE |
| 01:09 | In Einrichtung eingetroffen | KOELN, DE |

**25.02.2025**
| Zeit | Status | Ort |
|---|---|---|
| 19:40 | Hat Einrichtung verlassen | KLIPPHAUSEN, DE |
| 17:58 | Export Scan | KLIPPHAUSEN, DE |
| 17:44 | In Einrichtung eingetroffen | KLIPPHAUSEN, DE |
| 14:51 | Abhol Scan | KLIPPHAUSEN, DE |
| 10:30 | Versender hat einen Aufkleber erstellt, UPS hat das Paket noch nicht erhalten. | DE |

The above tracking screenshot confirms delivery to Los Angeles, CA on February 27, 2025, at 11:38.

# EXHIBIT C

**UPS Delivery Confirmation to the Court**

**Tracking Number:** 1Z02W93E0492226168
**Delivery Date:** February 28, 2025
**Delivery Time:** 11:39
**Recipient:** U.S. District Court, Northern District of California
**Delivery Address:** 1301 Clay Street, Suite 400S, Oakland, CA 94612
**Delivery Status:** Delivered

This tracking confirmation demonstrates that Defendant's Answer was successfully delivered to the Court on February 28, 2025, just one day after the Clerk's Entry of Default.

**UPS Tracking Screenshot:**



The above tracking screenshot confirms delivery to Oakland, CA on February 28, 2025, at 11:39.

# EXHIBIT D

## Email Notification to Plaintiff's Counsel

**Date:** February 27, 2025
**From:** Noah Wolf noahwolf4321@gmail.com
**To:** Sean Ulrich
**Subject:** Case No. 4:24-cv-03058 - Answer to Complaint



**Noah Wolf** <noahwolf4321@gmail.com>
an Sean ▼

Do., 27. Feb., 22:03 (vor 8 Tagen)  ☆  ☺  ↰  ⋮

Dear Mr. Ulrich,

I wanted to confirm that a copy of my Answer to the Complaint and the Certificate of Service was delivered to your office via UPS. According to the tracking information, the documents arrived on **February 27, 2025**. Please let me know if you have any issues receiving them.

A copy of these documents was also sent to the court and is expected to arrive shortly. I will check the docket for updates.

Thank you for your time.

Best regards,
Noah

...