1  Your Name: Noah Wolf
2  Address: Germany, Saxony, Freital Dresdner Strasse 151
3
4  Phone Number: +4917621446135
5  Email Address: noahwolf4321@gmail.com
6  Pro Se

RECEIVED
MAR 14 2025
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA
OAKLAND OFFICE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Division [check one]:  ☐ San Francisco  ■ Oakland  ☐ San Jose  ☐ Eureka-McKinleyville

Bizarre Academia, LLC

Plaintiff,

v.

Noah Wolf

Defendant.

Case No. 4:24-cv-03058-HSG

[NAME OF DOCUMENT] PROPOSED ORDER GRANTING DEFENDANT'S MOTION

Judge: Hon. Haywood S Gilliam, Jr

The Court, having considered Defendant's Motion to Set Aside Entry of Default and finding good cause shown, hereby ORDERS as follows:

The Clerk's Entry of Default entered on February 27, 2025, is hereby SET ASIDE.

Defendant's Answer shall be deemed properly filed and entered into the record.

The case shall proceed on its merits.

IT IS SO ORDERED.

DATED: _____

HON. HAYWOOD S. GILLIAM, JR. UNITED STATES DISTRICT JUDGE

Respectfully submitted,

Date: 3/7/2025                Signature: /s/ Noah Wolf  /Noah Wolf

                              Print Name: Noah Wolf

[DOCUMENT TITLE] PROPOSED ORDER GRANTING DEFENDANT'S MOTION TO SET ASIDE ENTRY OF DEFAULT

PAGE ___ OF ___                                    JDC TEMPLATE, UPDATED 11/2024