1  **CERTIFICATE OF SERVICE OF DOCUMENT OTHER THAN COMPLAINT**

2  Unless all parties to the case, including you, are electronic filers, you must serve each document

3  you file by sending or delivering it to the opposing side. Complete this form and include it with

4  the document that you file and serve.

5  1.  **Case Name:** _Bizarre Academia, LLC, a VirginiaLin_ v. _Noah Wolf, an individual; and Does1-_

6  2.  **Case Number:** _4:24-cv-03058-HSG_

7  3.  **What documents were served?**  Write the full name or title of the document(s)

8  Motion To Set Aside Entry of Default, Exhibits, A,B,C,D

9  Proposed Order Granting Defendants Motion To Set Aside Entry Of Default

10  4.  **How was the document served?**  Check one:

11  ☐ Placed in U.S. Mail

12  ☐ Hand-delivered

13  ☑ Sent for delivery (e.g., FedEx, UPS)

14  ☐ Sent via email [if the other party has agreed to accept service by email]

**FILED**

**MAR 14 2025**

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

15  5.  **Who did you send the document to?** [Write the full name and contact information for each

16  person you sent the document.]

17  Sean Ulrich, sean@mgllaw.com                 Clerk's Office, United States District Court

18  MGL LLP                                      Northern District of California Oakland Divisio

19  5777 W. Century Blvd.                        1301 Clay Street, Suite 400S

20  Ste 1125 #199, Los Angeles, CA 90045         Oakland, CA 94612

21  6.  **When were the documents sent?** _3/12/2025_

22  7.  **Who served the documents?** [Whoever puts it into the mail, emails, delivers, or sends for

23  delivery should sign, and print their name and address. You can do this yourself.]

24  I declare under penalty of perjury under the laws of the United States that the foregoing is true and

25  correct.

26  Signature: _Noah Wolf_

27  Name: _Noah Wolf_

28  Address: _Germany,Saxony, Freital, Dresdner Straße 151_

CERTIFICATE OF SERVICE                                      JDC TEMPLATE, UPDATED 11/2024