1  Your Name: Noah Wolf
2  Address: Germany, Saxony, Freital Dresdner Strasse 151
3  
4  Phone Number: +4917621446135
5  Email Address: noahwolf4321@gmail.com
6  Pro Se

**RECEIVED**
APR 09 2025
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA
OAKLAND OFFICE

7                    UNITED STATES DISTRICT COURT
8                    NORTHERN DISTRICT OF CALIFORNIA
9  Division [check one]:  ☐ San Francisco  ■ Oakland  ☐ San Jose  ☐ Eureka-McKinleyville

11  Bizarre Academia, LLC                    Case No. 4:24-cv-03058-HSG
12  
13                                           [NAME OF DOCUMENT]
                Plaintiff,                   PROPOSED ORDER GRANTING
14        v.                                 DEFENDANT'S MOTION
15  NOAH WOLF, an individual                 Judge: Hon. Haywood S Gilliam, Jr
16  
17  
18              Defendant.

19  The Court, having reviewed Defendant Noah Wolf's Motion for Judgment on the Pleadings under
20  Federal Rule of Civil Procedure 12(c), and for the reasons stated in the motion and accompanying
21  exhibits, hereby ORDERS as follows:
22  Defendant's Motion is GRANTED IN FULL. Plaintiff's Complaint is dismissed WITH PREJUDICE
23  in its entirety. The copyright claims fail due to the absence of substantial similarity, the applicability of
24  fair use, and Plaintiff's noncompliance with DMCA procedural requirements under 17 U.S.C. § 512(g)
25  (2)(B). The trademark claims are dismissed because the term "hood" is generic in the context of
26  Roblox games, and Plaintiff provided no evidence of consumer confusion. The alter-ego allegations
27  are dismissed for failure to plead sufficient facts under Twombly/Iqbal. Plaintiff's claims for
28  statutory damages and attorney's fees under 17 U.S.C. § 412 are barred, as the alleged infringement

[DOCUMENT TITLE] PROPOSED ORDER GRANTING DEFENDANT'S MOTION FOR JUDGMENT ON THE PLEADIN
                            PAGE ___ OF ___                    JDC TEMPLATE, UPDATED 11/2024

predates Plaintiff's copyright registration.

IT IS SO ORDERED.

Dated: _____

Respectfully submitted,

Date: 3/7/2025    Signature: *Noah Wolf*

Print Name: Noah Wolf

[DOCUMENT TITLE] PROPOSED ORDER GRANTING DEFENDANT'S MOTION FOR JUDGMENT ON THE PLEADIN

PAGE ___ OF ___    JDC TEMPLATE, UPDATED 11/2024