# CERTIFICATE OF SERVICE OF DOCUMENT OTHER THAN COMPLAINT

Unless all parties to the case, including you, are electronic filers, you must serve each document you file by sending or delivering it to the opposing side. Complete this form and include it with the document that you file and serve.

1. **Case Name:** Bizarre Academia, LLC, v. Noah Wolf

2. **Case Number:** 4:24-cv-03058-HSG

3. **What documents were served?** Write the full name or title of the document(s)
   Motion for Judgment on the Pleadings Pursuant to FRCP 12(c) Exhibit A,B,C,D,E,F,G,H
   Proposed Order Granting Defendant's Motion for Judgment on the Pleadings

4. **How was the document served?** Check one:
   - ☐ Placed in U.S. Mail
   - ☐ Hand-delivered
   - ☒ Sent for delivery (e.g., FedEx, UPS)
   - ☐ Sent via email [if the other party has agreed to accept service by email]

**FILED**
APR 09 2025
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA
OAKLAND OFFICE



5. **Who did you send the document to?** [Write the full name and contact information for each person you sent the document.]

   | | |
   |---|---|
   | Sean Ulrich, sean@mgllaw.com | Clerk's Office, United States District Court |
   | MGL LLP | Northern District of California Oakland Divisio |
   | 5777 W. Century Blvd. | 1301 Clay Street, Suite 400S |
   | Ste 1125 #199, Los Angeles, CA 90045 | Oakland, CA 94612 |

6. **When were the documents sent?** 4/7/2025

7. **Who served the documents?** [Whoever puts it into the mail, emails, delivers, or sends for delivery should sign, and print their name and address. You can do this yourself.]

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

**Signature:** *Noah Wolf*

**Name:** Noah Wolf

**Address:** Germany, Saxony, Freital, Dresdner Straße 151

CERTIFICATE OF SERVICE                                JDC TEMPLATE, UPDATED 11/2024