```
NOAH WOLF                          1 KG              1 OF 1
4917621446135
NOAH WOLF                   SHP#: 02W9 3EVL GMF
DRESDNER STRAßE 151         SHP WT: 0.5 KG
01705  FREITAL              DATE: 07 APR 2025
GERMANY

SHIP TO:
    UNITED STATES DISTRICT COURT OF CA
    5106373530
    CLERK'S OFFICE
    SUITE 400S
    1301 CLAY STREET
    OAKLAND  CA 94612
    UNITED STATES
```

**RECEIVED**
APR 09 2025
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA
OAKLAND OFFICE



CA 946 9-03

**UPS SAVER**                                    **1P**
TRACKING #: 1Z 02W 93E 04 9831 4409



BILLING: P/P                              **EDI-DOC**
DESC: Documents



Reference No.1: A-2504075A44-1