UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

BIZARRE ACADEMIA, LLC,

    Plaintiff,

  v.

NOAH WOLF,

    Defendant.

Case No. 24-cv-03058-HSG

**CLERK'S NOTICE**

**RE: DKT. NO. 33**

Notice is hereby given that the defendant must notice the motion for hearing. The briefing schedule remains in effect. The motion should not be re-filed.

Dated: 4/10/2025

Mark B. Busby
Clerk, United States District Court

By: _____
Nikki D. Riley, Deputy Clerk to the
Honorable HAYWOOD S. GILLIAM, JR.