# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

## CIVIL MINUTES

| **Date:** April 15, 2025 | **Time:** 7 minutes | **Judge:** HAYWOOD S. GILLIAM, JR. |
|---|---|---|
| **Case No.:** 24-cv-03058-HSG | **Case Name:** Bizarre Academia, LLC v. Wolf | |

**Attorney for Plaintiff:** Sean Ulrich
**Attorney for Defendant:** Noah Wolf appearing pro se with his legal guardian

**Deputy Clerk: Nikki D. Riley**             Not Reported

**PROCEEDINGS:** Further Case Management Conference via Zoom-**HELD**

**Notes:** Matter is continued to April 29, 2025 at 2 p.m. before Judge Haywood S. Gilliam, Jr. for further case management conference via Zoom. The Zoom webinar information and instructions remain the same as previously provided in docket no. [14].