UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BIZARRE ACADEMIA, LLC,<br><br>  Plaintiff,<br><br>  v.<br><br>NOAH WOLF,<br><br>  Defendant. | Case No. 24-cv-03058-HSG<br><br>**ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

The Court **CONTINUES** the case management conference previously set for April 29, 2025, at 2:00 p.m. to May 6, 2025, at 2:00 p.m. via Zoom. The Zoom webinar information and instructions remain the same as previously provided at Dkt. No. 14.

**IT IS SO ORDERED.**

Dated:   4/28/2025

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge