UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BIZARRE ACADEMIA, LLC,<br><br>        Plaintiff,<br><br>    v.<br><br>NOAH WOLF,<br><br>        Defendant. | Case No.  24-cv-03058-HSG<br><br>**CLERK'S NOTICE**<br><br>**RE: DKT. NOS. 39, 33** |

    Notice is hereby given that counsel must re-notice not re-file the motion.  Hearing date of June 3, 2025, is vacated.  The briefing schedule remains in effect.  Pro se defendant is directed to check the Court's scheduling notes before re-noticing the motion for a new hearing date.  June 3, 2025 was not the Court's next available hearing date nor was it the correct day of the week.  If you are requesting to appear via Zoom.  A formal motion seeking Court approval must be e-filed.  The request can not be placed in the re-notice.

Dated: May 2, 2025

                                      Mark B. Busby
                                      Clerk, United States District Court

                                      By: _____
                                      Nikki D. Riley, Deputy Clerk to the
                                      Honorable HAYWOOD S. GILLIAM, JR.