UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BIZARRE ACADEMIA, LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>NOAH WOLF,<br><br>    Defendant. | Case No. 24-cv-03058-HSG<br><br>**ORDER SETTING CASE MANAGEMENT CONFERENCE** |

The Court **SETS** a case management conference on July 29, 2025, at 2:00 p.m. The hearing will be held by Public Zoom Webinar. All counsel, members of the public, and media may access the webinar information at https://www.cand.uscourts.gov/hsg. All attorneys and pro se litigants appearing for the case management conference are required to join at least 15 minutes before the hearing to check in with the courtroom deputy and test internet, video, and audio capabilities. A case management statement is not necessary, but the parties should be prepared to share an update on the status of settlement, given that they previously informed the Court that a stipulation for dismissal would be filed by this time. *See* Dkt. No. 43.

**IT IS SO ORDERED.**

Dated: 7/8/2025

*Haywood S. Gilliam Jr.*
HAYWOOD S. GILLIAM, JR.
United States District Judge