Noah Wolf, Pro Se
Dreßdner Str. 151
01705 Freital, Germany
Telephone: +49 176 21446135
Email: noahwolf4321@gmail.com

FILED

JUL 25 2025

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Date: July 23, 2025

Clerk of the Court
Honorable Haywood S. Gilliam, Jr.
United States District Court for the Northern District of California
450 Golden Gate Avenue. San Francisco, CA 94102

**Subject:** Ex Parte Motion to File Letter Under Seal and Confidential Letter

Dear Clerk of the Court and Honorable Judge Gilliam,

I am submitting an Ex Parte Motion to File Letter Under Seal and the accompanying Confidential Letter for in-camera review. These documents address settlement-related concerns and request guidance before the Case Management Conference on July 29, 2025. Please find the motion and confidential letter attached.

Respectfully submitted,
Noah Wolf