

RECEIVED
JUL 25 2025
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

INSPECTED BY
JUL 25 2025
U.S. MARSHALS SERVICE

CLERK*S OFFICE
1301 CLAY ST
STE 400S
OAKLAND CA 94612

P:METRO$:RO2    I:73F
242-6000
1Z02W93E049543 5525    2330
SAT08485 XLE-02-1 JUL 25 07:07:35 2025
US 9460 HIPPS 25.3.2 SATCLR