# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# CIVIL MINUTES

| **Date:** July 29, 2025 | **Time:** 7 minutes | **Judge:** HAYWOOD S. GILLIAM, JR. |
|---|---|---|
| **Case No.:** 24-cv-03058-HSG | **Case Name:** Bizarre Academia, LLC v. Wolf | |

**Attorney for Plaintiff:** Sean Ulrich
**Attorney for Defendant:** Noah Wolf appearing pro se with his legal guardian

**Deputy Clerk:** Nikki D. Riley                **Not Reported**

   **PROCEEDINGS:**  Further Case Management Conference via Zoom-**HELD**

**Notes:**  The Court advises the parties that he will either 1) issue an order staying the case while seeking pro bono counsel for the defendant or 2) set another case management conference.