UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BIZARRE ACADEMIA, LLC,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>NOAH WOLF,<br><br>　　　　Defendant. | Case No. 24-cv-03058-HSG<br><br>**ORDER REFERRING DEFENDANT TO FEDERAL PRO BONO PROJECT FOR ELIGIBILITY ASSESSMENT** |

A case management conference was held in this case on July 29, 2025. The Court indicated at the conference that it planned to refer this case to the Federal Pro Bono Project to evaluate whether the appointment of pro bono counsel is appropriate under the circumstances. Defendant is hereby ordered to contact the Federal Pro Bono Project to schedule an appointment for assessment of eligibility for appointment of pro bono counsel.

Plaintiff shall contact the Federal Pro Bono Project by phone (415-782-8982) or email (fedpro@sfbar.org) within twenty-one days to request the assessment in accordance with this Order.

Plaintiff is advised that this referral is for eligibility assessment only, and it does not guarantee that counsel will be appointed.

**IT IS SO ORDERED.**

Dated:　8/27/2025

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　HAYWOOD S. GILLIAM, JR.
　　　　　　　　　　　　　　　　　　　United States District Judge