UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BIZARRE ACADEMIA, LLC,<br><br>      Plaintiff,<br><br>    v.<br><br>NOAH WOLF,<br><br>      Defendant. | Case No. 24-cv-03058-HSG<br><br>**ORDER APPOINTING COUNSEL** |

Because the Defendant is in need of counsel to assist him in this matter, and volunteer attorneys are willing to be appointed to undertake this representation at the request of the Federal Pro Bono Project, the attorneys listed below are hereby appointed as counsel for Defendant in this matter:

    Asim Bhansali (SBN 194925)
    Kwun Bhansali Lazarus LLP
    555 Montgomery Street, Suite 750
    San Francisco, CA 94111
    415-630-2350
    abhansali@kblfirm.com

    Scott W. Taylor (SBN 318941)
    Kwun Bhansali Lazarus LLP
    555 Montgomery Street, Suite 750
    San Francisco, CA 94111
    415-630-2350
    staylor@kblfirm.com

    Elizabeth H. Dinh (SBN 329295)
    Kwun Bhansali Lazarus LLP
    555 Montgomery Street, Suite 750
    San Francisco, CA 94111
    415-630-2350
    ldinh@kblfirm.com

The scope of this referral shall be for:

☒ all purposes for the duration of the case

☐ the limited purpose of representing the litigant in the course of

☐ mediation

☐ early neutral evaluation

☐ settlement conference

☐ briefing ☐ and hearing on the following motion (e.g., motion for summary judgment or motion to dismiss): _____

☐ discovery as follows:
_____

☐ other:
_____

All proceedings in this action are hereby stayed until four weeks from the date of this Order. Counsel shall be familiar with General Order No. 25 posted on the Court's website.

**IT IS SO ORDERED.**

Dated:   10/16/2025

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge