UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

BIZARRE ACADEMIA, LLC,

    Plaintiff,

v.

NOAH WOLF,

    Defendant.

Case No. 24-cv-03058-HSG

**SCHEDULING ORDER**

A case management conference was held on December 2, 2025. Having considered the parties' proposals, *see* Dkt. No. 54, the Court **SETS** the following deadlines pursuant to Federal Rule of Civil Procedure 16 and Civil Local Rule 16-10:

| Event | Deadline |
|---|---|
| Amendment of Pleadings/ Joinder | February 27, 2026 |
| Close of Fact Discovery | May 29, 2026 |
| Exchange of Opening Expert Reports | June 12, 2026 |
| Exchange of Rebuttal Expert Reports | June 29, 2026 |
| Close of Expert Discovery | July 24, 2026 |
| Dispositive Motion Hearing Deadline | September 10, 2026, at 2:00 p.m. |
| Pretrial Conference | December 8, 2026, at 3:00 p.m. |
| Jury Trial (5 days) | January 11, 2027, at 8:30 a.m. |

//

//

//

//

These dates may only be altered by order of the Court and only upon a showing of good cause. The parties are directed to review and comply with this Court's standing orders.

**IT IS SO ORDERED.**

Dated: 12/8/2025

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge