1  Asim M. Bhansali (SBN 194925)
   abhansali@kblfirm.com
2  Scott W. Taylor (SBN 318941)
   staylor@kblfirm.com
3  Elizabeth H. Dinh (SBN 329295)
   edinh@kblfirm.com
4  KWUN BHANSALI LAZARUS LLP
   555 Montgomery Street, Suite 750
5  San Francisco, CA  94111
   Tel:  (415) 630-2350
6

7  Attorneys for Defendant
   NOAH WOLF
8

9                    UNITED STATES DISTRICT COURT

10                   NORTHERN DISTRICT OF CALIFORNIA

11

12  BIZARRE ACADEMIA, LLC,            Case No. 24-cv-03058-HSG

13           Plaintiff,                **STIPULATION AND ORDER RE MOTION TO DISMISS BRIEFING SCHEDULE**

14       v.

15  NOAH WOLF,

16           Defendant.

Pursuant to the Court's December 2, 2025 Minute Entry following the Case Management Conference ("CMC") (Dkt. No. 55), the parties to the above-entitled action jointly submit this Stipulation and [Proposed] Order re Motion to Dismiss Briefing Schedule.

WHEREAS, on December 2, 2025, the Court granted Defendant Noah Wolf's unopposed motion for leave to withdraw answer and motion for judgment on the pleadings and to file motion to dismiss (Dkt. No. 52) and directed the parties to meet and confer and e-file a stipulation and proposed order setting a motion to dismiss briefing schedule;

WHEREAS, on December 8, 2025, the parties met and conferred regarding the motion to dismiss briefing schedule;

THEREFORE, the parties through their respective counsel thus request and stipulate to the following briefing and hearing schedule:

| Event | Stipulated Schedule |
|---|---|
| Defendant's Motion to Dismiss | December 23, 2025 |
| Plaintiff's Opposition to Motion to Dismiss | January 13, 2026 |
| Defendant's Reply in Support of Motion to Dismiss | January 27, 2026 |
| Hearing on Motion to Dismiss | February 12, 2026 |

IT IS SO STIPULATED, through Counsel of Record.

DATED: December 12, 2025        /s/ Sean Ulrich
                                Counsel for Plaintiff

DATED: December 12, 2025        /s/ Elizabeth Dinh
                                Counsel for Defendant

**IT IS SO ORDERED**

DATED:   12/12/2025

Hon. Haywood S. Gilliam, Jr.
United States District Judge